UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

HOWARD COHAN,                                   CASE NO.: 6:23-cv-0027-RBD-DCI

    Plaintiff,

vs.

STARBUCKS COFFEE COMPANY,
a Foreign Profit Corporation,

    Defendant(s).
_____/

## NOTICE OF SETTLEMENT

The Plaintiff, HOWARD COHAN and the Defendant, STARBUCKS COFFEE COMPANY, a Foreign Profit Corporation, d/b/a STARBUCKS, (the Parties) by and through their undersigned counsel, hereby notify the Court that the instant action has settled. Accordingly, the Parties expect to file a stipulation of dismissal within sixty (60) days and should not be required to file any further responses, motions, and/or pleadings.

RESPECTFULLY SUBMITTED May 18, 2023.

| By: **/s/ Gregory S. Sconzo** | By: /s/ Kimberly R. Rivera |
|---|---|
| Gregory S. Sconzo, Esq. | Kimberly R. Rivera, Esq. |
| Florida Bar No.: 0105553 | Florida Bar No. 124822 |
| Sconzo Law Office, P.A. | E-Mail: Krivera@littler.com |
| 3825 PGA Boulevard, Suite 207 | Secondary: Lshelnut@littler.com |
| Palm Beach Gardens, FL 33410 | LITTLER MENDELSON, P.C. |
| Telephone: (561) 729-0940 | 111 N Orange Avenue, Suite 1750 |
| Facsimile: (561) 491-9459 | Orlando, Florida 32801 |
| Email: greg@sconzolawoffice.com | Telephone: 407.393-2900 |
| Email: samantha@sconzolawoffice.com | Facsimile: 407.393.2929 |

Email: alexa@sconzolawoffice.com  *Attorneys for Defendant*
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 18, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via transmission of Notices of Electronic Filing generated by CM/ECF.

             **/s/ Gregory S. Sconzo**
             **Gregory S. Sconzo, Esq.**